UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
CENTRAL DIVISION

In re:

TREVOR WAYNE SOKOL
DANIELLE MARIE SOKOL
Debtor(s)

Case No. 17-21730

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lon A Jenkins, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/08/2017.

2) The plan was confirmed on 06/06/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/15/2017.

5) The case was dismissed on 01/10/2018.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,540.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,525.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,525.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $609.58 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $106.75 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$716.33** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICA FIRST CREDIT UNION | Unsecured | NA | 149.16 | 149.16 | 0.00 | 0.00 |
| BARNES FINANCIAL SERVICES | Unsecured | NA | 7,070.17 | 7,070.17 | 0.00 | 0.00 |
| BONNEVILLE BILLING & COLLECTIC | Unsecured | 1,891.00 | NA | NA | 0.00 | 0.00 |
| CashNetUSA | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | NA | 17,021.34 | 17,021.34 | 0.00 | 0.00 |
| CBE Healthcare | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, N.A. | Unsecured | 3,100.00 | NA | NA | 0.00 | 0.00 |
| CHECK CITY | Unsecured | 1,700.00 | 2,665.37 | 2,665.37 | 0.00 | 0.00 |
| Checknet | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| CR England | Unsecured | 2,995.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS RECOVERY SERVICES | Unsecured | 156.00 | 183.18 | 183.18 | 0.00 | 0.00 |
| HLS of Nevada LLC | Secured | 10,416.00 | 10,407.97 | 10,407.97 | 348.50 | 91.45 |
| INTERMOUNTAIN HEALTH CARE | Unsecured | NA | 631.95 | 631.95 | 0.00 | 0.00 |
| IPS Mortuary & Crematory | Unsecured | 1,295.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 547.88 | 547.88 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 144.75 | 144.75 | 0.00 | 0.00 |
| LAW OFFICES OF QUINN KOFFORD | Unsecured | NA | 9,388.39 | 9,388.39 | 0.00 | 0.00 |
| Mountain Land Collections, Inc | Unsecured | 11,600.00 | NA | NA | 0.00 | 0.00 |
| N.A.R., INC | Unsecured | 345.00 | 348.07 | 348.07 | 0.00 | 0.00 |
| OUTSOURCE RECEIVABLES | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| OutSource Receivables Management | Unsecured | NA | 828.19 | 828.19 | 0.00 | 0.00 |
| Pacificorp dba Rocky Mountain Power | Unsecured | NA | 103.43 | 103.43 | 0.00 | 0.00 |
| Progressive Insurance | Unsecured | 597.00 | NA | NA | 0.00 | 0.00 |
| Receivable Solution | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Reviver Financial, LLC | Unsecured | NA | 1,560.16 | 1,560.16 | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| THE CHERRINGTON FIRM | Unsecured | NA | 824.08 | 824.08 | 0.00 | 0.00 |
| THE CHERRINGTON FIRM | Unsecured | NA | 404.94 | 404.94 | 0.00 | 0.00 |
| THE CHERRINGTON FIRM | Unsecured | NA | 824.08 | 824.08 | 0.00 | 0.00 |
| THE CHERRINGTON FIRM | Unsecured | NA | 404.52 | 404.52 | 0.00 | 0.00 |
| Title Max Loan | Secured | 879.00 | 879.00 | 879.00 | 356.83 | 11.89 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Tooele Valley Spine Center | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,286.97 | $705.33 | $103.34 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,286.97** | **$705.33** | **$103.34** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,099.66** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $716.33 |
| Disbursements to Creditors | $808.67 |
| **TOTAL DISBURSEMENTS :** | **$1,525.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/06/2018                    By: /s/ Lon A Jenkins
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

17-21730

# CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Final Report and Account was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on April 06, 2018:

TREVOR WAYNE SOKOL, DANIELLE MARIE SOKOL, 878 W 500 N, SALT LAKE CITY,  UT  84116

DANIELLE MARIE SOKOL,

MATTHEW K. BROADBENT, ECF NOTIFICATION

/s/ Office of Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**